IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARRELL D. KILLENS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 319-027 |
| SHERIFF CHRIS STEVENSON; LT. FNU MOON; OFC. 1; OFC. 2; OFC. 3; and OFC. 4, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 16.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's official capacity claims for monetary relief against Defendants, **DISMISSES** Plaintiff's official capacity claims for injunctive relief against Sheriff Stevenson, **DISMISSES** Plaintiff's claims for deliberate indifference to a serious medical need for failure to state a claim upon which relief may be granted, and **DISMISSES** Lt. Moon and OFC. # 1-4 from this case.

SO ORDERED this 25th day of October, 2019, at ~~Augusta~~ Dublin, Georgia.

UNITED STATES DISTRICT JUDGE