IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARRELL D. KILLENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-027 |
| | ) | |
| SHERIFF CHRIS STEVERSON, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Although Plaintiff has filed additional motions since the Magistrate Judge's R&R, none of the filings address the R&R. (See doc. nos. 35, 36.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for a temporary restraining order, (doc no. 25), and **DENIES** Plaintiff's motion to reconsider the Court's November 12, 2019 Order, (doc. no. 31).

SO ORDERED this 30th day of Jan., 2020, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE