IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| DARRELL D. KILLENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-027 |
| | ) | |
| SHERIFF CHRIS STEVERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

In an Order dated September 17, 2019, the Court explained Plaintiff is required to fully cooperate in discovery initiated by Defendant. (Doc. no. 11, p. 4.) Specifically, "[u]pon being given at least five days notice of the scheduled deposition date, Plaintiff shall appear and permit his deposition to be taken and shall answer, under oath and solemn affirmation, any question that seeks information relevant to the subject matter of the pending action." (Id.) Accordingly, Defendant's Motion for Leave to Take Deposition of Plaintiff is **MOOT**. (Doc. no. 39.) Plaintiff shall sit for his deposition and answer defense counsel's questions under the terms of the Court's September 17th Order. Defense counsel shall confer with the warden or appropriate supervisor at Plaintiff's current place of incarceration as to the date, time, and logistics of Plaintiff's deposition.

SO ORDERED this 3rd day of March, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA