IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARRELL D. KILLENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-027 |
| | ) | |
| SHERIFF CHRIS STEVERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Defendant's motion for summary judgment, (doc. no. 51), and **DISMISSES** Plaintiff's complaint without prejudice under the conditions described in the Report and Recommendation, (doc. no. 56, pp. 4-6). The Court **DIRECTS** the Clerk to terminate all pending motions and deadlines, enter an appropriate judgment, and **CLOSE** this case.

SO ORDERED this ___ day of February, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE